TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00689-CV

Ex Parte: L. M., Appellant

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. J-15,956, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 L. M. appealed from the trial-court order denying relief on writ of habeas corpus seeking
to bar her trial in Travis County cause number J-15,596 on double jeopardy grounds. Appellant chose to
proceed to the trial on the scheduled trial date. See Ex Parte: L. M., No. 3-96-689-CV (Tex.
App.--Austin Jan. 24, 1997) (not designated for publication); Ex Parte: L. M., No. 03-96-689-CV
(Tex. App.--Austin Jan. 27, 1997) (not designated for publication). The trial has now been held and the
trial court has rendered its final orders of adjudication and disposition, as shown in the transcript filed as
of August 29, 1997 and docketed in our cause number 03-97-00334-CV. (1) Accordingly, the double
jeopardy claim raised in this pretrial appeal may now be asserted in cause 03-97-00334-CV, rendering
this appeal moot.

 Accordingly, we dismiss this appeal as moot.

Before Chief Justice Carroll, Justices Jones and Kidd

Appeal Dismissed as Moot

Filed: September 11, 1997

Do Not Publish

1. Note: both appeals arise from the same trial-court cause number. If any of the parties intended for
any of the record filed in cause 03-96-00689-CV to be used in the appeal that has been docketed as cause
03-97-00334-CV, that party should file a motion requesting that the material be withdrawn and re-filed
in 03-97-00334-CV.